**Exhibit A to the Complaint**

**Location:** Yorba Linda, CA

**Total Works Infringed:** 72

**IP Address:** 76.95.181.191

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 20D9DC4B8966C1D4E0F74938818463F61DFBAC75 | 01/20/2025 22:13:36 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 2 | AB985D3AF111CBAE70C86EE918A90B66148D35FB | 01/20/2025 21:58:23 | Blacked | 01/18/2025 | 02/18/2025 | PA0002516140 |
| 3 | 1cece03fc3ae8ad9909b29d574624f0bdef790e9 | 01/07/2025 04:17:12 | Blacked Raw | 01/06/2025 | 01/15/2025 | PA0002509356 |
| 4 | 798e7150b6a3d602a25494fdad2e79970d090701 | 01/01/2025 05:04:22 | Tushy | 12/29/2024 | 01/16/2025 | PA0002509286 |
| 5 | 6f658393d7521b71b7fa49e140d5c0423eff1a9f | 10/09/2024 07:37:15 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |
| 6 | 292307deec5e2938c69125d8afc33db7412a9b0b | 10/05/2024 22:00:49 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 7 | 77663d1f0d782a76233ee0b8c2932eefeb5daced | 09/22/2024 01:39:51 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 8 | badb3c910a3b137dda3768c7b45bd496e371e936 | 09/20/2024 12:37:09 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 9 | AE67F5CB52C0ED82B74CB3CA6E4028EE51BFD7CF | 09/15/2024 05:11:21 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 10 | 0b767fe489f27da0ceb2fb132adb40bb85162973 | 09/07/2024 06:05:15 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 11 | 12AF0B523D1AA51BB6B40351CC4B680835B98D5A | 08/29/2024 07:52:56 | Blacked Raw | 08/19/2024 | 09/17/2024 | PA0002490351 |
| 12 | 492e8a99b11994f4d3c832b828914b577a5402a9 | 08/29/2024 04:24:27 | Blacked Raw | 10/21/2022 | 10/31/2022 | PA0002377818 |
| 13 | 91ffc3e7d149e69ca30a35380420af3a076b2524 | 08/15/2024 00:51:22 | Tushy | 05/14/2023 | 06/09/2023 | PA0002415365 |
| 14 | b33d2d8e2c5aead783be948931ad45a70b1e4bea | 08/07/2024 02:58:15 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 15 | 484c0cd9a31ae755c6782e6e195337d331e7614a | 08/03/2024 02:34:40 | Blacked Raw | 07/15/2024 | 08/14/2024 | PA0002484848 |
| 16 | 5074effef25582784c83344c1656ffb104a689f1 | 07/27/2024 02:26:10 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 17 | 7EEDBB21BB899BB8214503C47CABEFC658F37EB7 | 07/18/2024 03:41:05 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 18 | cd08ccf0255d81e5ca4da55d0130842380f6a5e2 | 07/07/2024 03:13:18 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 19 | 73842fa95f10b6efad61db107a731d1e9ef38a13 | 07/04/2024 22:23:10 | Vixen | 02/10/2023 | 03/08/2023 | PA0002400313 |
| 20 | 099F29481DE5F96D89C55C810304BDC078CAF178 | 06/08/2024 09:32:41 | Blacked | 05/05/2019 | 07/05/2019 | PA0002206372 |
| 21 | 9592c944540c7e556760c64d2e1fea71c20988b4 | 06/05/2024 00:04:53 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |
| 22 | c28395d43789d15fc7c11597e672c7ed0614094a | 05/31/2024 00:53:10 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 23 | 153c5e986bb5cc2046dcea10e98a5b6d075f80e4 | 05/24/2024 02:46:00 | Blacked Raw | 03/30/2023 | 04/07/2023 | PA0002405733 |
| 24 | b5103918566b1b618f091d96e3668a465f367e40 | 05/22/2024 09:17:58 | Tushy | 10/15/2023 | 11/13/2023 | PA0002439634 |
| 25 | 5826a6af69a40aeb1e2738e4514fee4ed438d7df | 05/22/2024 02:53:02 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 26 | 7D0F72C94C73C2604A637D5A48E0EBACF0AD9A32 | 05/21/2024 09:18:25 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 27 | 38147e2c502f36f01e119981c220673661268075 | 05/21/2024 09:08:49 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 28 | 4C0D7480D4EF504A0CFB928C3AF5F3B08D932875 | 05/21/2024 09:08:02 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 29 | 21216FD550EE6A7905EAA1D20667371D9106D2B1 | 05/21/2024 09:01:28 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 30 | 63E929ECBA1A604745F7485ABAA31BFD69825ED8 | 05/21/2024 08:58:31 | Blacked Raw | 05/20/2024 | 06/18/2024 | PA0002476880 |
| 31 | bb0dfbbdb0f4fb14c7dc995a3b298e5b22bdafb1 | 05/21/2024 02:15:20 | Blacked | 11/26/2022 | 12/11/2022 | PA0002384739 |
| 32 | 2f89ca66dc136497ccdde978dd791227b439633e | 05/21/2024 01:44:02 | Vixen | 01/05/2024 | 01/16/2024 | PA0002449513 |
| 33 | dc7435ff4ba27b1789087150bbf2ef654eecec3d | 05/19/2024 04:08:11 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 34 | 5d69bc93d3a194ea942cac720eb78042798a46ff | 05/14/2024 04:50:53 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 35 | 94063e98a4ecbec6f5395ae4a8a64ddb147042ff | 05/11/2024 02:41:58 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 36 | cc1e0962614267a9c5e1a991d55d13ca1525a8be | 05/08/2024 08:10:02 | Slayed | 02/20/2024 | 03/28/2024 | PA0002462498 |
| 37 | 206084bd537d9b82923a2fe5e80aed1f33b501b2 | 05/06/2024 11:19:28 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |
| 38 | a1ababa19d6a9f3576e4d5bf159294aa10a470fc | 05/03/2024 21:55:06 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 39 | 41b792eaf041536b70b72fc4ba95860bb619642e | 04/30/2024 07:04:45 | Vixen | 10/06/2023 | 10/18/2023 | PA0002435605 |
| 40 | 8bd2dc7a38a1348252c2779213d93eb3a49ca2ee | 04/06/2024 23:49:49 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 41 | 46ec37933e3ee11d3a82db855ca380abc72b02e1 | 03/26/2024 03:54:58 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |
| 42 | 978F0FA230C51ABFEDE1E8D6B8265DAEDCB98E69 | 03/23/2024 02:30:58 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 43 | 85E80AD7295BD2C5548C493BB62C0E0A85359006 | 03/21/2024 03:38:45 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 44 | 193823a4210b44ad9d75fd0d5f3f5285482c777d | 03/06/2024 11:34:04 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 45 | 216301ccadd3a8cf34ec246a3ca97d5730903bcc | 02/25/2024 09:30:16 | Vixen | 06/23/2023 | 08/22/2023 | PA0002431034 |
| 46 | 4531e00925fa2fd3453eb18bb37c16bb755a82bd | 02/19/2024 20:06:09 | Blacked | 05/06/2023 | 05/15/2023 | PA0002411299 |
| 47 | c040f1b83cd0dcd9048171de0a38a34f9e1bce5c | 02/18/2024 03:59:31 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 48 | 319f461b47ba5cc4f7fab7f5804c984c3a7eeee9 | 02/13/2024 16:43:10 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 49 | 0CF0239FEBFDEBFDFE03ABDE2B921229667CFF09 | 02/01/2024 09:10:20 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 50 | A1BEFB100916F92D2B7F84A62D01D6D9600C13C5 | 01/15/2024 07:32:58 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 51 | 6bd613b535fd7e4e4387c925b521827dfdb3b84b | 12/08/2023 04:04:55 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |
| 52 | 5ae6bf0d9252c91b9c9d9c12e0b5e2a906c87d2a | 12/04/2023 11:06:28 | Vixen | 02/17/2023 | 03/08/2023 | PA0002400563 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|-----------|--------------|
| 53 | bd78ca855c85212ea76b54c6af2cb4da1ba2fc93 | 11/27/2023 02:44:48 | Tushy | 09/25/2022 | 10/05/2022 | PA0002373771 |
| 54 | 858C080AAB810A6D4129024B417D0F795078CB61 | 11/19/2023 07:42:48 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 55 | b29e82a8d96c4f826b256c44ba44e105f4168436 | 11/14/2023 13:03:08 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 56 | f2d7abc380e97e7dd2a8d8debc2176ce559d422d | 11/09/2023 23:01:27 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 57 | 899a2f207ba1a21b6e325d202df05c0d0d4f9ffa | 11/02/2023 21:50:07 | Vixen | 01/13/2023 | 01/27/2023 | PA0002393077 |
| 58 | a1865f3643772d3aca9e04c4d6d3dc23dade0240 | 10/26/2023 08:14:44 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |
| 59 | D76DB1B1BA35E0E84328956E3339D255F8EBB0EA | 10/10/2023 04:02:13 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 60 | D212CC5B4061740A931F101DC63A79BCE63A4A34 | 10/07/2023 06:44:58 | Tushy | 08/20/2023 | 09/18/2023 | PA0002430899 |
| 61 | ab4e4bbc4445b016bb9e68cead5fedbcf34c52ad | 10/05/2023 21:17:33 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 62 | 29BD0F02A50C809EC624DCDAD30D9CC46C31A2BF | 09/21/2023 03:51:41 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 63 | 8d9d63325e915bae9200a5e35623493124f26aa5 | 09/16/2023 05:52:28 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 64 | 06F64F08D5441FBCD21ED04111BFE6E89BA431D7 | 09/07/2023 05:43:12 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 65 | 525DFF74C44E067680718A5381CD30435BD63310 | 09/05/2023 03:23:38 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 66 | 742F07FC7A6172E836364513F475E6E00197B653 | 08/09/2023 03:00:18 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 67 | E6DE062360089D55E0A8479291ACD2034B9E33C1 | 06/26/2023 01:13:33 | Tushy | 07/31/2022 | 08/30/2022 | PA0002367738 |
| 68 | af97b18c27dfc7bec1a9c0d77119c0361a753794 | 06/20/2023 04:49:29 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |
| 69 | 9e3d2db609c7ae1370fb2cab8e663d40f975426a | 06/12/2023 00:36:49 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 70 | 540ed152dd3715a2e9b644e1a32880f02b99281d | 06/12/2023 00:24:15 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 71 | 893932e9af5006b530fa71c8a4646e3cdc474caa | 05/22/2023 00:59:15 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 72 | 3f1775c42c684fb5ed6f59544723baf7f1738b43 | 05/22/2023 00:42:53 | Blacked Raw | 05/09/2023 | 05/14/2023 | PA0002411297 |